**UNITED STATES of America,
Plaintiff–Appellee**

**v.**

**Andres Jose RIVERA, also known as
Natividad Granados, Defendant–
Appellant.**

**No. 09–10039
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 12, 2010.

Jeffrey Robert Haag, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

Robert C. Heald, Price, Heald & Price, Lubbock, TX, Andres Jose Rivera, FCI Fort Worth, Fort Worth, TX, for Defendant–Appellant.

Before GARZA, DENNIS, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Andres Jose Rivera has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Rivera has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

1. *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.